ROBERT J. GANDY (State Bar No. 225405)
rjg@severson.com
YARON SHAHAM (State Bar No. 217192)
ys@severson.com
JOE H. TUFFAHA (State Bar No. 253723)
jht@severson.com
SEVERSON & WERSON, A Professional Corporation
The Atrium-19100 Von Karman Ave., Suite 700
Irvine, CA 92612-6578
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
U.S. BANK, N.A.; GMAC MORTGAGE, LLC; and
ETS SERVICES, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DE VICO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK, N.A., a corporation; GMAC MORTGAGE, LLC, a limited liability company; ETS SERVICES, LLC; a limited liability company; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 12-CV-03205-MMM-FFM<br>Hon. Margaret M. Morrow<br>Ctrm 780<br><br>**DEFENDANTS U.S. BANK, N.A.'S, GMAC MORTGAGE, LLC'S AND ETS SERVICES, LLC'S REPLY TO PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>**Date:** [To Be Determined]<br>**Time:** [To Be Determined]<br>**Ctrm.:** 780<br><br>FAC Filed: April 16, 2012<br>Complaint Filed: April 12, 2012 |

19000.1253/2259144.1

Defendants' Reply
Case No.: 12-CV-03205-MMM-FFM

TO THE HONORABLE MARGARET M. MORROW, UNITED STATES DISTRICT JUDGE, PLAINTIFF, HIS COUNSEL OF RECORD, AND ALL OTHER INTERESTED PARTIES:

Defendants U.S. Bank, N.A. ("US Bank"), GMAC Mortgage, LLC ("GMACM") and ETS Services, LLC ("ETS") (collectively, "Defendants") hereby reply to Plaintiff Robert De Vico's ("Plaintiff") response to the Court's "Order to Show Cause Why Action Should Not Be Dismissed for Lack of Subject Matter Jurisdiction" (the "OSC"), as follows:

## I.

### THE OSC REQUIRES THE COURT TO DISMISS THIS ACTION DUE TO PLAINTIFF'S LATE FILED RESPONSE

The Court's OSC is direct and clear when it states "the court orders plaintiff to show cause on or before **June 25, 2012** why this action should not be dismissed…" (OSC, Page 7). The OSC further states, "Failure to respond ***by that date*** will result in the immediate dismissal of the action." (*Id.*, emphasis added). Here, Plaintiff indisputably responded to the OSC on June 29, 2012, four days after the Court's imposed deadline. Not only does Plaintiff exhibit a lack of respect for the Court's OSC and mandated deadline to respond, his reply does not even address why his response is late. Moreover, the professional discourtesy exhibited by Plaintiff is inexcusable. If Plaintiff timely filed his response, the Court provided Defendants with one week to prepare and draft a reply. Instead, and due to Plaintiff serving his response on the afternoon of Friday, June 29, 2012, Defendants have very little time to draft response. Plaintiff has exhibited a complete disregard for the Court's OSC, and this action should be dismissed just as the OSC mandates.

///
///
///
///

## II.

## THE COURT DOES NOT HAVE JURISDICTION VIA A FEDERAL QUESTION

Very simply, the Court does not have jurisdiction in this case based on a Federal Question because one is never alleged. As the OSC correctly points out, there are six causes of action: Wrongful Foreclosure, Slander of Title, Preliminary and Permanent Injunction, Judgment to Cancel Instruments, Quiet Title, and Declaratory Relief. Each of these causes of action are based on California state law, and not any federal claim. Plaintiff believes the Court has Federal Question jurisdiction based on purported failures to respond to Qualified Written Requests under the Real Estate Settlement and Procedures Act. (Plaintiff's Reply, Page 5, Lines 12 – 14.) However, Plaintiff does not allege a violation of this statute, and he only relies on the six California state law claims stated above. Clearly, Plaintiff has not raised a Federal Question.

## III.

## THE COURT DOES NOT HAVE JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP

Plaintiff's response to the Court's OSC was not only late filed, it also fails to address the citizenship of ETS, a named defendant. As the Court points out in the OSC, there must be complete diversity between all of the parties, not just a plaintiff and some of the defendants, but *all the parties*. Plaintiff does not address how there is complete diversity of citizenship between *all the parties*. Moreover, Plaintiff fails to address how there is complete diversity when the citizenship of ETS and GMACM are determined by its members. Based thereon, Plaintiff has failed to timely, properly, and completely address the Court's OSC, and the Court should dismiss this action.

///

///

## IV.

## CONCLUSION

Based on the foregoing, Defendants respectfully request the Court dismiss this action.

DATED: July 2, 2012

SEVERSON & WERSON
A Professional Corporation

By: */s/ Yaron Shaham*
Yaron Shaham
Joe H. Tuffaha
Attorneys for Defendants
U.S. Bank, N.A.; GMAC Mortgage, LLC; and ETS SERVICES, LLC

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, California; my business address is Severson & Werson, APC, The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612-6578.

On the date below I served a copy, with all exhibits, of the following document(s):

**DEFENDANTS U.S. BANK, N.A.'S, GMAC MORTGAGE, LLC'S AND ETS SERVICES, LLC'S REPLY TO PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Matthew Resnik | Attorneys for Plaintiff |
| SIMON AND RESNIK LLP | ROBERT DI VICO |
| 15233 Ventura Boulevard, Suite 300 | |
| Sherman Oaks, CA 91403 | Telephone: 818.783.6251 |
| | Facsimile: 818.783.6253 |
| | Email: matt@simonresniklaw.com |

☒ **(BY ELECTRONIC SERVICE)** By filing a copy of the foregoing electronically via the Court's CM/ECF system and serving by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail by operation of the Court's electronic filing system to all parties and counsel of record listed above who are registered with the Court's EC/ECF system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in Irvine, California, on July 2, 2012.

_____
Leslye Haas