UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DE VICO,<br><br>               Plaintiff,<br><br>   vs.<br><br>U.S. BANK N.A., GMAC MORTGAGE LLC, ETS SERVICES LLC, and DOES 1-10,<br><br>               Defendants. | CASE NO. CV 12-03205 MMM (FFMx)<br><br>JUDGMENT FOR DEFENDANTS |

       On September 25, 2012, after reviewing plaintiff's and defendants' responses to an order to show cause why the action should not be dismissed for lack of subject matter jurisdiction, the court entered an order dismissing the action without prejudice.

       IT IS THEREFORE ORDERED AND ADJUDGED

       1. That plaintiff's action be dismissed for lack of subject matter jurisdiction.

DATED: September 25, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE